Official Form 17
(12/04)

# United States Bankruptcy Court

_Southern_ District of _New York_

In re _William Charles Boce_
         Debtor

Case No. _05-42446 (RDD)_

Chapter _7_

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

_William Charles Boce_, the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __11__ day of __June__, __08__
                                                                              (month)    (year)

_Re Art exemption_

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

_Adrienne W Blankley, Esq, Arent Fox LLP, 1675 Broadway NY NY 10019_

Dated: _6/15/08_

Signed: _Bill Boce_
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _William Charles Boce_

Address: _31 East 30th Street #A_
         _NY NY 10016_

Telephone No: _917-388-2278_

*[Filed stamp: 2008 JUN 19 P 2:27 U.S. BANKRUPTCY COURT S.D.N.Y.]*

    If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(e), to have the appeal heard by the district court.

    *If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*