UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re:
William Charles Bace.
------------------------------------------------------X

William Charles Bace,

                    Appellant,

        -v-

Roy Babitt,

                    Appellee.
------------------------------------------------------X

```
┌────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____                   │
│ DATE FILED: SEP 0 2 2008        │
└────────────────────────────────┘
```

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**
**08 Civ. 6499 (PAC) (DCF)**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

_____ **Specific Non-Dispositive Motion/Dispute:***
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time Period of the referral:_____

_____ Settlement:

_____ Inquest After Default/damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

_____ Habeas Corpus

_____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation) Particular Motion:_____**

=========================================================================

* Do not check if already referred for general pretrial

Dated:  New York, New York
        September 2, 2008

SO ORDERED

_Paul A. Crotty_
PAUL A. CROTTY
United States District Judge

Copies Mailed To:

William Charles Bace
31 East 30th Street
Apt. A
New York, NY 10016

1